Douglas R. Young (State Bar No. 073248)
C. Brandon Wisoff (State Bar No. 121930)
Cory M. Mason (State Bar No. 240987)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
*Pro Hac Vice*
Beverly G. Reeves, Esq. (Texas SBN 16716500)
*Pro Hac Vice*
Sinead O'Carroll, Esq. (Texas SBN 24013253)
*Pro Hac Vice*
Paul Schlaud, Esq. (Texas SBN 24013469)
*Pro Hac Vice*
Ryan Pierce, Esq. (Texas SBN 24035413)
*Pro Hac Vice*
Reeves & Brightwell, LLP
221 W. Sixth Street, Suite 1000
Austin, TX 78701-3410
Telephone: (512) 334-4500
Facsimile: (512) 334-4492

Attorneys for Defendant
DELL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL OMSTEAD, MELISSA MALLOY and LISA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELL INC.,<br><br>Defendant. | Case No. C06-06293 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER STAYING DEFENDANT'S OBLIGATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>The Honorable Phyllis J. Hamilton |

Defendant Dell Inc. ("Dell") and Plaintiffs Michael Omstead, Melissa Malloy and Lisa Smith ("Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
STAYING DEF.'S OBLIGATION TO RESPOND
TO AMENDED COMPLAINT C06-06293 PJH

21440\1139296.1

Dell's response to Plaintiffs' Amended Complaint is currently due on or before December 26, 2006. Dell has informed Plaintiffs of its intention to move to compel Plaintiffs to arbitrate the claims in their Amended Complaint. Plaintiffs dispute any obligation to arbitrate these claims. The parties have decided to have the arbitration issue decided first, before Defendants must answer or otherwise respond to the Amended Complaint. Accordingly, the parties agree that:

- Dell will file a Motion to Stay Proceedings and Compel Arbitration ("Motion") on or before December 26, 2006;
- Dell's obligation to answer or otherwise respond to Plaintiffs' Amended Complaint will be stayed pending the resolution of Dell's Motion; and
- In the event the Court denies Dell's Motion, Dell shall have to and including thirty (30) days from the date of service of any order denying the Motion in which to answer or otherwise respond to Plaintiffs' Amended Complaint.

IT IS SO STIPULATED.

DATED: December 21, 2006            FARELLA BRAUN & MARTEL LLP


                                    By:  /s/
                                         Cory M. Mason

                                    Attorneys for Defendant
                                    DELL INC.

DATED: December 21, 2006            LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP


                                    By: [signature]
                                        H. John Gutierrez

                                    Attorneys for Plaintiffs
                                    MICHAEL OMSTEAD, MELISSA
                                    MALLOY and LISA SMITH

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: 1/3/07                       _____
                                    Honorable Phyllis J. Hamilton
                                    United States District [Judge]

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
STAYING DEF.'S OBLIGATION TO RESPOND                - 2 -
TO AMENDED COMPLAINT C06-06293 PJH

21440\1139296.1