Douglas R. Young (State Bar No. 073248)
C. Brandon Wisoff (State Bar No. 121930)
Cory M. Mason (State Bar No. 240987)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
*Pro Hac Vice*
Beverly G. Reeves, Esq. (Texas SBN 16716500)
*Pro Hac Vice*
Sinead O'Carroll, Esq. (Texas SBN 24013253)
*Pro Hac Vice*
Paul Schlaud, Esq. (Texas SBN 24013469)
*Pro Hac Vice*
Ryan Pierce, Esq. (Texas SBN 24035413)
*Pro Hac Vice*
Reeves & Brightwell, LLP
221 W. Sixth Street, Suite 1000
Austin, TX 78701-3410
Telephone: (512) 334-4500
Facsimile: (512) 334-4492

Attorneys for Defendant
DELL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL OMSTEAD, MELISSA MALLOY and LISA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELL INC.,<br><br>Defendant. | Case No. C06-06293 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br><br>The Honorable Phyllis J. Hamilton |

Defendant Dell Inc. ("Dell") and Plaintiffs Michael Omstead, Melissa Malloy and Lisa Smith ("Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULING OF CASE
MANAGEMENT CONFERENCE C06-06293 PJH

21440\1151024.1

1. There are currently two hearings scheduled before the Court in this matter during the month of February. First, a Case Management Conference is scheduled for 2:30 p.m. on February 1, 2007. Second, Dell has filed a motion to stay this action and to compel arbitration which is currently set for hearing at 9:00 a.m. on February 14, 2007.

2. The parties believe that it would conserve the parties' and the Court's resources if both hearings could be held at the same time on February 14, 2007 at 9:00 a.m. or as soon thereafter as the Court can get to the matters. In addition to permitting the Court to address the issues in a single hearing, various of the attorneys involved reside out of state and would like to attend both of these hearings. Having a single hearing would therefore convenience the parties by reducing travel.

IT IS SO STIPULATED.

DATED: January 11, 2007                    FARELLA BRAUN & MARTEL LLP


                                           By: _____
                                               C. Brandon Wisoff

                                           Attorneys for Defendant
                                           DELL INC.

DATED: January, 11, 2007                   LIEFF, CABRASER, HEIMANN &
                                           BERNSTEIN LLP


                                           By: _____
                                               H. John Gutierrez

                                           Attorneys for Plaintiffs
                                           MICHAEL OMSTEAD, MELISSA
                                           MALLOY and LISA SMITH

GOOD CAUSE APPEARING, IT IS SO ORDERED. The Case Management Conference previously set for February 1, 2007 at 2:30 p.m. is hereby continued to February 14, 2007 at 9:00 a.m. and will be conducted in conjunction with the hearing on Dell's motion to stay proceedings and compel arbitration set on the same date. Other deadlines, not expressly addressed herein, remain in place.

DATED: 1/12/07                             _____
                                           Honorable Phyllis J. Hamilton
                                           United States District Judge

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULING OF CASE                - 2 -
MANAGEMENT CONFERENCE C06-06293 PJH

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

21440\1151024.1