UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Omstead, et al.

CASE NO. C06-06293 PJH

Plaintiff(s),

v.

Dell Inc.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline <u>within 90 days of court's ruling on Motion to Compel Arbitration</u>

Dated: 1/11/07

/s/ H. John Gutierrez
Attorney for Plaintiff

Dated: 1/1107

/s/ C. Brandon Wisoff
Attorney for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
   x Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
   x other within 90 days of court's ruling on Motion to Compel Arbitration

IT IS SO ORDERED.

Dated: 1/12/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton

| | |
|---|---|
| 1 | Jonathan D. Selbin (SBN 170222) |
|   | jselbin@lchb.com |
| 2 | H. John Gutierrez (SBN 235406) |
|   | hjgutierrez@lchb.com |
| 3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP |
| 4 | 275 Battery Street, 30th Floor |
|   | San Francisco, California 94111-3336 |
| 5 | Telephone:    (415) 956-1000 |
|   | Facsimile:    (415) 956-1008 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL OMSTEAD, MELISSA MALLOY and LISA SMITH, individually and on behalf of all others similarly situated, | Case No. C06-6293 PJH |
| | **SIGNATURE ATTESTATION** |
| Plaintiffs, | |
| v. | |
| DELL INC. | |
| Defendant. | |

I, Henry John Gutierrez, attest that concurrence in e-filing this Stipulation and [Proposed] Order Selecting ADR Process has been obtained from the signatory, C. Brandon Wisoff.

Dated: January 11, 2007        Respectfully submitted,

By:_____/s/ H. John Gutierrez_____
H. John Gutierrez