UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL OMSTEAD, et al.,

    Plaintiffs,

    v.

DELL, INC.,

    Defendant.
_____/

No. C 06-6293 PJH

**ORDER DIRECTING FURTHER BRIEFING**

    Each side in this action is hereby ORDERED to submit a letter brief, not to exceed three pages, containing citations to authority supporting its position with regard to whether this action should be dismissed and if so, on what basis, in view of plaintiffs' stated intention not to proceed with arbitration as ordered by the court. Plaintiffs' brief shall be filed no later than April 16, 2008, and defendant's brief shall be filed no later than April 23, 2008. Each side shall also include a proposed order with its letter brief.

**IT IS SO ORDERED.**

Dated: April 9, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge