UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL OMSTEAD, et al.

     Plaintiffs,

     v.

DELL, INC.,

     Defendant.

_____/

No. C 06-6293 PJH

**ORDER OF DISMISSAL**

The court having issued an order pursuant to 9 U.S.C. § 4 compelling arbitration, and having stayed the action pursuant to 9 U.S.C. § 3, and plaintiffs having indicated that they will not arbitrate their claims on an individual basis, the court finds that this action must be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. See Morris v. Morgan Stanley & Co., 942 F.2d 648, 653-54 (9th Cir. 1991); Huey v. Teledyne, Inc., 608 F.2d 1234, 1236-40 (9th Cir. 1979).

**IT IS SO ORDERED.**

Dated: May 21, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge