1  Douglas R. Young (State Bar No. 073248)
   C. Brandon Wisoff (State Bar No. 121930)
2  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5  Kim E. Brightwell, Esq. (Texas SBN 02992700)
   *Pro Hac Vice*
6  Paul Schlaud, Esq. (Texas SBN 24013469)
   *Pro Hac Vice*
7  Sinead O'Carroll, Esq. (Texas SBN 24013253)
   *Pro Hac Vice*
8  Reeves & Brightwell, LLP
   221 W. Sixth Street, Suite 1000
9  Austin, TX  78701-3410
   Telephone:  (512) 334-4500
10 Facsimile:  (512) 334-4492

11 Attorneys for Defendant
   DELL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL OMSTEAD, MELISSA MALLOY and LISA SMITH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>DELL INC.,<br><br>                    Defendant. | Case No.  C06-06293 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE SCHEDULE FOR THE FILING OF THE SECOND AMENDED COMPLAINT AND RESPONSIVE PLEADING**<br><br>The Honorable Phyllis J. Hamilton |

STIPULATION & [PROP] ORDER REGARDING THE
SCHEDULE FOR THE FILING OF THE SAC AND
RESPONSIVE PLEADING - Case No. 06-06293 PJH

REEVES & BRIGHTWELL LLP
221 W. 6TH ST STE 1000
AUSTIN TX 78701-3418

Pursuant to Local Rules 6-1, 6-2, and 7-12, Defendant Dell Inc. ("Dell") and Plaintiffs Michael Omstead, Melissa Malloy, and Lisa Smith ("Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

Plaintiffs appealed the Court's order dismissing this matter for failure to prosecute. The Ninth Circuit Court of Appeals reversed that order and remanded this matter, and the mandate making the Court of Appeals' judgment effective issued on February 15, 2010 (Dkt. 87).

Following that date, Plaintiffs informed Dell of their intent to file a second amended complaint. To facilitate the filing of that amended complaint and Defendant's responsive pleading, the parties agree that Dell need not respond to current complaint and that:

- Plaintiffs will provide Dell with a copy of their second amended complaint no later than June 4, 2010.

- Plaintiffs will file their second amended complaint with Dell's written consent or with a motion for leave to file that complaint, if necessary, no later than June 11, 2010.

- Dell's responsive pleading will be due 30 days after the filing of the second amended complaint with Dell's written consent or upon a ruling on Plaintiffs' motion for leave to file a second amended complaint, whichever is later.

- If Dell files a motion to dismiss as its responsive pleading, the parties will meet and confer regarding a briefing schedule and hearing date for that motion and that briefing schedule will allow Plaintiffs at least 30 days to file their opposition.

IT IS SO STIPULATED.

I, Sinead O'Carroll, attest that concurrence in the filing of the above stipulation and [proposed] order has been obtained for counsel for Plaintiffs.

STIPULATION & [PROP] ORDER REGARDING THE
SCHEDULE FOR THE FILING OF THE SAC AND
RESPONSIVE PLEADING - Case No. 06-06293 PJH

- 1 -

REEVES & BRIGHTWELL LLP
221 W. 6TH ST STE 1000
AUSTIN TX 78701-3418

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: April 22, 2010 | REEVES & BRIGHTWELL LLP |
| 4 | | |
| 5 | | |
| 6 | | By: */s/Sinead O'Carroll* |
| | | Sinead O'Carroll |
| 7 | | ATTORNEYS FOR DEFENDANT DELL INC. |
| 8 | | |
| 9 | | |
| 10 | DATED: April 22, 2010 | LIEFF CABRASER HEIMANN & BERSTEIN LLP |
| 11 | | |
| 12 | | By: */s/Kristen Law* |
| | | Kristen Law |
| 13 | | ATTORNEYS FOR PLAINTIFFS MICHAEL OMSTEAD, ET AL. |

### **ORDER**

For good cause shown, IT IS SO ORDERED.

Dated:  5/7/10

PHYLLIS J. HAMILTON

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION & [PROP] ORDER REGARDING THE SCHEDULE FOR THE FILING OF THE SAC AND RESPONSIVE PLEADING - Case No. 06-06293 PJH

- 2 -

REEVES & BRIGHTWELL LLP
221 W. 6TH ST  STE 1000
AUSTIN TX  78701-3418