1  Kristen Law Sagafi (SBN 222249)
      ksagafi@lchb.com
2  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN LLP
3  275 Battery Street, 29th Floor
   San Francisco, California 94111-3336
4  Telephone:    (415) 956-1000
   Facsimile:    (415) 956-1008

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL OMSTEAD, MELISSA MALLOY and LISA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC.<br><br>Defendant. | Case No. C06-6293 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL OF ACTION** |

    Plaintiffs and Defendant Dell, Inc. ("Dell"), by and through their respective counsel, hereby stipulate as follows:

    1.  On December 17, 2010, a nationwide Class Action Settlement received final approval by the Honorable James L. Robart in a parallel action, *Carideo, et al. v. Dell, Inc.*, Case No. 06-cv-1772 (W.D. Wash. filed Dec. 13, 2006) ("*Carideo*"); and

    2.  The Settlement in *Carideo* addresses all members of the proposed Class in this case as well as all issues raised in the operative complaint in this case; and

    3.  The Final Order granting approval of the Settlement in *Carideo* has been entered; and

    4.  The Parties agree that the above-entitled matter has been fully

compromised and settled and that an order may be entered dismissing this action with prejudice and without costs and disbursements to either party.

        IT IS SO STIPULATED.

        I, Kristen Law Sagafi, attest that concurrence in the filing of the instant Stipulation and [Proposed] Order has been obtained from counsel for Defendant.

Dated: December 23, 2010        Respectfully submitted,

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:  /s/ *Kristen Law Sagafi*
      Kristen Law Sagafi (SBN 222249)

Kristen Law Sagafi (SBN 222249)
Email: *ksagafi@lchb.com*
275 Battery Street, 29th Floor
San Francisco, California 94111-3336
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Jonathan D. Selbin (SBN 170222)
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
Email: *jselbin@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

Paul R. Kiesel (SBN 119854)
Email: *kiesel@kbla.com*
KIESEL, BOUCHER, & LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone:  (310) 854-4444
Facsimile:  (310) 854-0812

John L. Malesovas
Email: *John@Malesovas.com*
MALESOVAS LAW FIRM
425 Austin Ave., 10th Floor
Waco, TX 76701
Telephone:  (254) 753-1777
Facsimile:  (254) 755-6400

Anthony L. Vitullo (SBN 244183)
Email: *LVitullo@feesmith.com*
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX  75240-6602
Telephone:    (972) 934-9100
Facsimile:    (972) 934-9200

Cynthia B. Chapman (SBN 164471)
Email: *CBC@caddellchapman.com*
Cory S. Fein
Email: *CSF@caddellchapman.com*
CADDELL AND CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

*Attorneys for Plaintiffs and the Proposed Class*

Dated: December 23, 2010            **REEVES & BRIGHTWELL LLP**

By:    */s/ Sinead O'Carroll*
            SINEAD O'CARROLL

Sinead O'Carroll
Email: *socarroll@reevesbrightwell.com*
221 West Sixth Street, Suite 1000
Austin, TX 78701-3410
512-334-4502

Beverly Reeves
Email: *breeves@reevesbrightwell.com*
Kim Brightwell
Email: *kbrightwell@reevesbrightwell.com*
Paul Schlaud
Email: *pschlaud@reevesbrightwell.com*
Ryan Pierce
Email: *rpierce@reevesbrightwell.com*
REEVES & BRIGHTWELL LLP
221 West Sixth Street, Suite 1000
Austin, TX 78701-3410
512-334-4502

*Counsel for Defendant Dell Inc.*

**ORDER**

1  Upon consideration of the foregoing Stipulation, this case is DISMISSED with
2  prejudice and without costs and disbursements to either party.
3  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: __12/27/10_____



Honorable Phyllis J. Hamilton
United States District Judge

Case no. C06-6293 PJH
906096.2
- 4 -
STIP. AND [PROPOSED] ORDER GRANTING DISMISSAL OF ACTION